## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CHRISTOPHER PEMENTAL,<br><br>              Plaintiff<br><br>v.<br><br>THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR THE HOLDERS OF THE CERTIFICATES, FIRST HORIZON MORTGAGE PASS-THROUGH CERTIFICATES SERIES FHAMA 2004-AA5, ALIAS, NATIONSTAR MORTGAGE, LLC, JOHN DOE, ALIAS,<br><br>              Defendants | C.A. No. 16-483-S-PAS |

### MOTION TO DISMISS AMENDED COMPLAINT
### OR, IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT

Now come The Bank of New York Mellon F/K/A The Bank of New York, as Trustee for the Holders of the Certificates, First Horizon Mortgage Pass-Through Certificates Series FHAMA 2004-AA5 (the "Trust"), and Nationstar Mortgage, LLC ("Nationstar," collectively, the "Defendants"), and respectfully move this Court to dismiss the Amended Complaint, with prejudice, pursuant to Fed. R. Civ. P. 12(b)(6). In the alternative, the Defendants respectfully move this Court to require Plaintiff to file a more definite statement with regards to Counts III and IV of his Amended Complaint. The grounds for this motion are set forth in Defendants' memorandum of law, which is submitted herewith.

        THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR THE HOLDERS OF THE CERTIFICATES, FIRST HORIZON MORTGAGE PASS-THROUGH CERTIFICATES SERIES FHAMA 2004-AA5, NATIONSTAR MORTGAGE, LLC,

By Their Attorneys,

PARTRIDGE SNOW & HAHN LLP


/s/ Santiago H. Posas
David J. Pellegrino (#7326)
Santiago H. Posas (#9519)
40 Westminster Street, Suite 1100
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
djp@psh.com
shp@psh.com

DATED: September 16, 2016

## CERTIFICATE OF SERVICE

       I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 16, 2016.


        /s/ Santiago H. Posas

2847317_1/5427-635

2847317_2/5427-635