# EXHIBIT E

**Nationstar** MORTGAGE

P.O. BOX 650783
DALLAS, TX 75265

INFORMATIONAL STATEMENT Page 2

**CONTACT INFORMATION**

Customer Service: 1-888-480-2432
Monday - Thursday; 8 a.m. - 8 p.m. CT
Friday; 8 a.m. - 6 p.m. CT and Saturday; 8 a.m. - 2 p.m. CT
MyNationstar.com

2-692-35433-0032481-007-000-001-000-000

Your Dedicated Loan Specialist is Lauren Dunmon and can be reached at (877) 782-7612 EXT. 4670012 or via mail at:
8950 Cypress Waters Blvd, Coppell, TX 75019

CHRISTOPHE B PEMENTAL
JOHN B ENNIS
1200 RESERVOIR AVE
CRANSTON RI 02920-6012

| | |
|---|---|
| Statement Date: | 09/18/2015 |
| Loan Number: | 0596836223 |
| Payment Due Date: | 10/01/2015 |
| **Amount Due:** | **$95,314.28** |

*If payment is received on or after 10/17/15; $34.45 late fee will be charged.*

| Transaction Activity (08/19/2015 to 09/18/2015) continued from Page 1 | | | | | | |
|---|---|---|---|---|---|---|
| Date | Description | Total | Principal | Interest | Escrow | Other |
| 08/21/2015 | Property Inspections | $977.44 | | | | $977.44 |
| 08/20/2015 | Property Inspections | -$15.00 | | | | -$15.00 |

*"Lender Paid Expenses" are funds paid by Nationstar on your behalf to another company. These expenses may include, but are not limited to, Legal Fees, Property Taxes, Homeowners Insurance, and Property Inspections.*

*"Other Unpaid Fee(s)" include, but are not limited to, phone pay fees, convenience fees, and modification fees.*

*If you do not wish to receive paper statements, simply log into your account at MyNationstar.com and alter your selection to eCorrespondence. ECorrespondence offers convenient monthly email reminders, no lost mail, and archived online access to view or download to your personal computer.*

*You can make your payment online at MyNationstar.com. There is no charge for this service if you schedule your payment within 9 days past your due date.*