**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**CHRISTOPHER PEMENTAL**

      **VS**                                     **C.A. NO.:  16-483S**
**THE BANK OF NEW YORK MELLON**
**F/K/A THE BANK OF NEW YORK, AS**
**TRUSTEE FOR THE HOLDERS OF THE**
**CERTIFICATES, FIRST HORIZON**
**MORTGAGE PASS-THROUGH**
**CERTIFICATES SERIES FHAMA**
**2004-AA5, ALIAS, et al**

## DISMISSAL STIPULATION WITH PREJUDICE

By agreement of the parties, this matter is dismissed with prejudice. Each

party shall bear their own fees and costs

CHRISTOPHER PEMENTAL

By his Attorney

May 2, 2018                         /s/ John B. Ennis
                                     JOHN B. ENNIS, ESQ., #2135
                                     1200 Reservoir Avenue
                                     Cranston, Rhode Island 02920
                                     (401) 943-9230
                                     jbelaw75@gmail.com

Defendants
By their attorney
/s/ Crystal L. Cooke # 8773
Crystal L. Cooke
Sandelands Eyet LLP
1545 US Higway 206
Suite 304
Bedminster, NJ 07921
(908) 448-9546
ccooke@se-llp.com

2